**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EARNEST BROWN,
ADC #101749**                                                                                  **PLAINTIFF**

**V.**                 **CASE NO. 5:13CV00268 BSM**

**CHARLOTTE SANDERS, et al.**                                                  **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere and the objections filed by the plaintiff have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the recommendation should be, and hereby is, approved and adopted in its entirety.

Plaintiff Earnest Brown's complaint [Doc. No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 1st day of October 2013.

                                                                                       _____
                                                                                  UNITED STATES DISTRICT JUDGE